# United States Court of Appeals
### For the Eighth Circuit

_____

No. 14-2171
_____

Adam Jay Welsch

*Plaintiff - Appellant*

v.

State Fair Community College

*Defendant - Appellee*

Gary Noland; Marsha Drennon

*Defendant*s

_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City

_____

Submitted: December 10, 2014
Filed:  December 15, 2014
[Unpublished]

_____

Before WOLLMAN, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Adam Welsch appeals an order of the district court.[1] Upon careful review of the record and the parties' arguments on appeal, the judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable Matt Jeffrey Whitworth, United States Magistrate Judge for the Western District of Missouri.